# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

AMAURY GUTIERREZ
MARIA ISABEL HERNANDEZ
JOSUE JUAN CUEVAS-CORNEJO

CRIMINAL COMPLAINT

CASE NUMBER: 4:18MJ118

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 2017, up until the present, in the Eastern District of Texas, defendants, AMAURY GUTIERREZ, **MARIA ISABEL HERNANDEZ**, and **JOSUE JUAN CUEVAS-CORNEJO** did knowingly and intentionally combine, conspire, confederate, and agree together, with other persons known and unknown to the affiant, to possess with the intent to distribute five (5) kilograms of more of a mixture or substance containing a detectable amount of heroin; five (5) kilograms of more of a mixture or substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1). I further state that I am a(n) Special Agent with Homeland Security Investigations (HSI), and that this complaint is based on the following facts:

## SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   Yes.

_____
SA Daniel Padilla, HSI
Complainant

Sworn to before me, and subscribed in my presence

April 17, 2018                                                                    at    McKinney, Texas
Date                                                                                        City and State

Christine Nowak, United States Magistrate Judge      _____
Name and Title of Judicial Officer                                  Signature of Judicial Officer