IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| | § | CASE NUMBER 4 18cr70 |
| v. | § § | |
| | § | |
| MARIA ISABEL HERNANDEZ (2) | § § | |

## WAIVER OF CONFLICT OF INTEREST

Defendant Maria Isabel Hernandez sets forth the following:

1. My name is Maria Isabel Hernandez, I am a defendant in criminal case number 4 18cr70 filed in the Eastern District of Texas, Sherman Division.

2. I make this statement freely and voluntarily and I am of sound mind and body.

3. I have retained Frank Perez to represent me in these proceedings.

4. I am aware that Frank Perez has a potential conflict of interest in representing me as he is also representing a co-defendant in this same case.

5. I have been advised and understand the potential dangers of representation by counsel with a conflict. I understand my right to be represented in this case by independent counsel.

6. I understand the conflict Frank Perez is alleged to have, and, notwithstanding, I continue to desire to retain him as my counsel.

7. I understand that by filing this statement, I give up any claim in the future to raise my defense, direct or collateral, to ineffective counsel, based upon conflict of legal representation.

SIGNED IN OPEN COURT ON April 19, 2018.

_____
Defendant

_____
Assistant U.S. Attorney