| | |
|---|---|
| DATE  9/19/18 | |
| LOCATION  Plano | CASE NUMBER  4:18-cr-70 ALM/KPJ |
| JUDGE  Kimberly C. Priest Johnson | USA  Ernest Gonzalez  Assigned |
| DEPUTY CLERK  Toya McEwen | VS  Chris Eason  Appeared |
| COURT REPORTER: Digital Recording | |
| USPO: | MARIA ISABEL HERNANDEZ (2) |
| INTERPRETER:  Not required | DEFENDANT |
| BEGIN  11:41 am | Clark Birdsall, Ret |
| | ATTORNEY |

**FILED SEP 19 2018 Clerk, U.S. District Court Texas Eastern**

☑ CHANGE OF PLEA
☐ CHANGE OF PLEA without Plea Agreement or Addendum

☑ CASE CALLED   ☑ DEFENDANT SWORN   ☐ Interpreter Required.

☑ Dft appeared: ☑ with counsel  Clark Birdsall  and signed Consent to Administration of Guilty Plea
☑ Defendant to plea guilty to Count(s)  Two (2)  of Indictment
☑ Court found defendant competent for change of plea hearing.
☑ Defendant acknowledged satisfaction with representation of counsel
☑ Defendant waived reading indictment.
☑ AUSA stated essential elements to be proven
☑ Defendant acknowledged understanding the essential elements and Defendant acknowledged having committed the elements.
☑ Defendant advised of Constitutional rights.   ☑ Defendant acknowledged understanding Constitutional rights.
☑ Court reviewed rights regarding a plea of guilty and right to appeal.
☑ Reviewed Plea agreement with defendant.
☑ Court  ☐ AUSA  stated range of penalty.
☑ Reviewed ☑ Factual Basis ☐ Statement of Facts  with defendant.
☑ AUSA and Defendant acknowledged factual basis has been established.
☑ Consent, Plea Agreement (under seal), Factual Basis, and Addendum (under seal) entered into the record.
☐ Court advised defendant of deportation possibilities. ☐ Defendant acknowledged understanding deportation possibility.
☐ Forfeiture provision explained to Defendant  ☐ Defendant acknowledged understanding forfeiture provision.
☐ Court advised defendant of requirement to register as sex offender. ☐ Defendant acknowledged understanding registration requirement.
☑ Defendant entered plea of guilty to Count  Two of the Indictment .
☑ Court will recommend district court accept plea of guilty.
☑ Court finds plea is voluntary, knowledgeable and that it has a basis in fact.
☑ Defendant remanded to custody of U.S. Marshal.
☐ Defendant to remain on Conditions of Release
☐ _____

☑ Court recessed.  12:02 pm

_____ Adjourn