

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 4:18CR70 |
| | § | Judge Mazzant |
| MARIA ISABEL HERNANDEZ (2) | § | |

## FACTUAL BASIS

The defendant, **Maria Isabel Hernandez**, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. That the defendant, **Maria Isabel Hernandez**, who is changing her plea to guilty, is the same person charged in the Indictment.

2. That the events described in the Indictment occurred in the Eastern District of Texas and elsewhere.

3. That **Maria Isabel Hernandez** and one or more persons in some way or manner made an agreement to commit the crime charged in the Indictment, to knowingly and intentionally possess with the intent to manufacture and distribute 45 kilograms or more of a mixture or substance containing a detectable amount of methamphetamine or 4.5 kilograms or more of methamphetamine (actual).

4. That **Maria Isabel Hernandez** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That **Maria Isabel Hernandez** knew that the amount involved during the term of the conspiracy involved 45 kilograms or more of a mixture or substance containing a detectable amount of methamphetamine or 4.5 kilograms or more of

methamphetamine (actual). This amount was involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant, and was part of jointly undertaken activity.

6. That **Maria Isabel Hernandez**'s role in this conspiracy was to supply co-conspirators with kilogram quantities of methamphetamine, imported from Mexico, from various sources which would then be distributed to other co-conspirators and co-defendants during the term of the conspiracy in the Eastern and Northern Districts of Texas.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 9/19/18

_X Maria Hernandez_
MARIA ISABEL HERNANDEZ
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8. I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: 9/19/18

_Clark Birdsall_
CLARK BIRDSALL
Attorney for the defendant